**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NO. |
| **PHILLIP ANTHONY BARRE`** | **10-12252** |
| **JENNIFER HEBERT BARRE`** | |
| | SECTION "A" |
| DEBTOR(S) | CHAPTER 13 |

## ORDER OF CONFIRMATION

Confirmation Hearing on Debtors' Plan of Reorganization filed on June 25, 2010, was held on the 7th day of September, 2010.

Present at the hearing:

R. L. Landreneau, Jr., Counsel for Debtors; and
Andrew Wiebelt, II, Counsel for Chapter 13 Trustee

The Court having considered the merits of the Plan, the arguments of the parties, as well as the evidence, stipulations and representations made by each in open court;

**IT IS ORDERED** that the Debtors' Plan of Reorganization filed on June 25, 2010 is **CONFIRMED.**

**IT IS FURTHER ORDERED** that,

1. The Debtors shall make payments to the Trustee and to any other parties in the amounts and under the terms as specified in the Plan.

2. All proceeds for the sale of property, proceeds from lawsuits or settlements; or tax refunds payable to Debtors shall be turned over to the Trustee for administration.

3. Debtors shall provide to the Trustee, at least every six (6) months until the case is closed, a report on the status of any pending or potential lawsuit in which the Debtor(s) is or may be a plaintiff.

4. In cases filed on or after September 16, 2009, the Debtors' Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23) is due no later than the date when the last payment is made by the debtor as required by the plan or the filing of a motion for a discharge under U.S.C.§ 1328(b).

5. All Objections to Confirmation are **DENIED**, or, on oral Motion, were **Withdrawn**.

New Orleans, Louisiana, September 13, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge